UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: CHRISTINA SANTA MARIA

Case No.: 19-19540
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

__John W. Sywilok__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __August 20, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Debtor's 1/2 interest in real property:
121 Split Rock Lane
Park Ridge, NJ 07656
Market Value: $419,000.00

Liens on property:
Subject to mortgage held by Select Portfolio Servicing, Inc. on which there is due approximately $398,000.00.

Amount of equity claimed as exempt: $21,000.00

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/ John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-19540-JKS
Christina Santa Maria                                                           Chapter 7
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 12, 2019
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db              Christina Santa Maria,    121 Split Rock Ln,    Park Ridge, NJ   07656-1040
518237528       Apothaker Scian P.C,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ   08054-3410
518237529      +Bergen County Superior Court,    10 Main St,    Hackensack, NJ 07601-7069
518237530       Bureau of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA   17011-6943
518237536      +Celentano Stadtmauer & Walentowicz LLP,    1035 US Highway 46,    Clifton, NJ 07013-7481
518237538       Enhance Dermatology,    221 W Grand Ave Ste 102B,    Montvale, NJ   07645-1729
518237540     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,     5501 S Broadband Ln,    Sioux Falls, SD   57108-2253)
518237539       First Saving Bank / Blaze,    Attn: Bankruptcy,    PO Box 5096,   Sioux Falls, SD   57117-5096
518237541       Hackensack UMC Hospital,    30 Prospect Ave,    Hackensack, NJ   07601-1915
518237543       Lvnv Funding LLC,    Greenville, SC   29601
518237546       MILSTEAD & ASSOCIATES LLC,    1 E Stow Rd,    Marlton, NJ   08053-3118
518237547       NORDSTROM FSB,    60 E 14th St,    New York, NY   10003-4140
518237549       Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ   07054-5020
518237551       Sparks, Keith Alan, Stenger & Stenger PC,    2618 E Paris Ave SE,    Grand Rapids, MI   49546-2454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:44      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:42      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518237531       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:20      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT   84130-0285
518237532       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:55
                 Capital One Bank USA N,    PO Box 30281,   Salt Lake City, UT   84130-0281
518237533       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:33:53      Capital One N.A.,
                 PO Box 30281,   Salt Lake City, UT   84130-0281
518237535      +E-mail/Text: bankruptcy@cavps.com Jul 12 2019 11:28:02      Cavalry SPV I, LLC,
                 500 Summit Lake Dr Ste 400,   Valhalla, NY 10595-2321
518237534       E-mail/Text: bankruptcy@cavps.com Jul 12 2019 11:28:03      Cavalry Spv I LLC,
                 500 Summit Lake Dr,   Valhalla, NY   10595-1340
518237537       E-mail/PDF: creditonebknotifications@resurgent.com Jul 12 2019 04:34:59      Credit One,
                 PO Box 98873,   Las Vegas, NV   89193-8873
518237542       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 04:34:00      LVNV Funding LLC,
                 PO Box 10675,   Greenville, SC   29603-0675
518237545       E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2019 11:27:40      MIdland Funding,
                 2365 Northside Dr # 300,   San Diego, CA   92108-2709
518237544       E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2019 11:27:40      Midland Funding,
                 2365 Northside Dr Ste 30,   San Diego, CA   92108-2709
518237548       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:34:57
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,   Norfolk, VA   23502-4952
518237550       E-mail/Text: jennifer.chacon@spservicing.com Jul 12 2019 11:28:35
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,   PO Box 65250,
                 Salt Lake City, UT   84165-0250
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Jul 12, 2019
                               Form ID: pdf905              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              John  Sywilok    sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, et al
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Paul Anthony Figueroa, III    on behalf of Debtor Christina Santa Maria figueroa@focusedlaw.com,
               andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 5
```