UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
PATEL, SOLTIS & CARDENAS, LLC.
By: Paul A. Figueroa, Esq.
574 Newark Avenue, Suite 307
Jersey City, NJ 07306
(844)-533-336
info@focusedlaw.com

Attorney for Debtor Christina Santa Maria

Order Filed on July 25, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
CHRISTINA SANTA MARIA

Case No.: 19-19540

Chapter: 7

Hearing Date: 07/23/2019

Judge: SHERWOOD

## ORDER GRANTING MOTION TO REIMPOSE TO STAY

The relief set forth on the following page is **ORDERED**.

**DATED: July 25, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.