UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
PATEL, SOLTIS & CARDENAS, LLC.
By: Paul A. Figueroa, Esq.
574 Newark Avenue, Suite 307
Jersey City, NJ 07306
(844)-533-336
info@focusedlaw.com

Attorney for Debtor  Christina Santa Maria

**Order Filed on July 25, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
CHRISTINA SANTA MARIA

Case No.:       19-19540

Chapter:            7

Hearing Date:     07/23/2019

Judge:          SHERWOOD

## ORDER GRANTING MOTION TO REIMPOSE TO STAY

The relief set forth on the following page is **ORDERED**.

**DATED: July 25, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-19540-JKS
Christina Santa Maria                                                               Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
db              Christina Santa Maria,    121 Split Rock Ln,    Park Ridge, NJ   07656-1040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
      John  Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
      John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
      Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of
      America, NA, successor in interest to LaSalle Bank NA, as trustee, et al
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Paul Anthony Figueroa, III    on behalf of Debtor Christina Santa Maria figueroa@focusedlaw.com,
      andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                TOTAL: 5